UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:13-CV-00180-F

| | |
|---|---|
| SAUER INCORPORATED, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| ) | |
| LEXINGTON INSURANCE AGENCY, ) | |
| INC., ) | |
| ) | |
| Defendant ) | |

This matter comes before the court upon defendant's Motion to Withdraw (DE 28) its Motion to Compel (DE 26). The Motion to Withdraw informs the Court that the matters raised in the Motion to Compel have been resolved. Accordingly, the Motion to Withdraw (DE 28) is GRANTED.

DONE AND ORDERED in Chambers at Raleigh, North Carolina on November 4, 2013.

_____
WILLIAM A. WEBB
UNITED STATES MAGISTRATE JUDGE