IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-CV-00180-F

| | |
|---|---|
| SAUER INCORPORATED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) ORDER |
| LEXINGTON INSURANCE AGENCY INC. D/B/A | ) |
| LEXINGTON INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

This matter is before the court on the parties' Joint Motion to Vacate Status Conference [DE-144]. In support of their motion, the parties represent the following:

(1) The parties reached a settlement and executed a settlement agreement;

(2) On August 16, 2016, this court entered an order setting a status conference for September 6, 2016;

(3) On August 19, 2016, the parties filed a Joint Stipulation for Dismissal with Prejudice, which was subject only to the court retaining limited jurisdiction to enforce the terms of the settlement agreement;

(4) The terms of the settlement agreement have been fulfilled;

(5) The parties stipulate to the entry of a complete dismissal with prejudice and without the court retaining limited jurisdiction to enforce the terms of the settlement agreement; and

(6) The parties agree that each will bear their own fees, costs, and expenses.

Joint Motion [DE-144] at 1.

In light of the foregoing, the September 6, 2016 status conference is CANCELLED. Further, this action is DISMISSED WITH PREJUDICE. The Clerk of Court is DIRECTED to close this case.

SO ORDERED.

This, the 31 day of August, 2016.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge

2

Case 5:13-cv-00180-F   Document 145   Filed 08/31/16   Page 2 of 2